**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff,* | : | Case No. 1:25-cr-13 |
| v. | : | Judge Jeffery P. Hopkins |
| SERGIO ANDRES ORTEGA CABELLO (1), BASTIAN ALEJANDRO ORELLANA MORALES (2), JORDAN FRANCISCO QUIROGA SANCHEZ (3) | : | |
| *Defendants.* | : | |

## ORDER

This matter came before the Court for a telephonic status conference on May 5, 2026, at 2:00 p.m. Counsel for the Government and counsel for the Defendants were present. The parties advised the Court that plea negotiations are ongoing. The parties requested a brief continuance in order to continue plea negotiations. The parties agreed to a telephonic status conference on **July 8, 2026 at 3:00 p.m.** There were no objections to the speedy trial clock being tolled through the date of that status conference.

The Court is satisfied that counsel are exercising due diligence in this matter, but the parties must be permitted additional time to either negotiate a plea agreement or prepare for trial. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, as failure to grant the continuance would prevent the parties from finalizing plea negotiations, and thus would likely

lead to a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (B)(iv); *see also United States v. White*, 920 F.3d 1109, 1116 (6th Cir. 2019).

Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from May 5, 2026 until July 8, 2026 is properly, and shall be, excluded from the speedy trial calculation.

**IT IS SO ORDERED.**

May 5, 2026

Jeffery P. Hopkins
United States District Judge

2