**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SERGIO ANDRES ORTEGA CABELLO (1),<br>BASTIAN ALEJANDRO ORELLANA MORALES (2),<br>JORDAN FRANCISCO QUIROGA SANCHEZ (3),<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:25-cr-13<br><br>Judge Jeffery P. Hopkins |

# ORDER

This matter came before the Court for a telephonic status conference on October 6, 2026, at 10:00 a.m. Counsel for the Government and counsel for the Defendants were present. The parties requested a brief continuance in order to finalize plea negotiations. The parties agreed to set change of plea hearings for all Defendants on December 15, 2026. There were no objections to the speedy trial clock being tolled through the date of the change of plea hearings.

The Court is satisfied that counsel are exercising due diligence in this matter, but the parties must be permitted additional time to either finalize a plea agreement or prepare for trial. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, as failure to grant the continuance would prevent the parties from finalizing plea negotiations, and thus would likely

lead to a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (B)(iv); *see also United States v. White*, 920 F.3d 1109, 1116 (6th Cir. 2019).

Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from October 6, 2026 until December 15, 2026 is properly, and shall be, excluded from the speedy trial calculation.

**IT IS SO ORDERED.**

October 6, 2026

Jeffery P. Hopkins
United States District Judge